IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00431-RPM-BNB

VICTOR FRANKS,

      Plaintiff,

v.

SAFEWAY, INC.,

      Defendant.

---

## ORDER SETTING TRIAL DATE

---

Pursuant to the Calendar Call today, it is

ORDERED that this matter is set for trial to jury on **May 24, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: October 2nd, 2009

                                                  BY THE COURT:

                                                  _____

                                                  Richard P. Matsch, Senior District Judge