IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00431-RPM-BNB

VICTOR FRANKS,

    Plaintiff,

vs.

SAFEWAY, INC.,

    Defendant.
_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

    Upon consideration of the parties' Stipulation for Dismissal With Prejudice [28] it is

    ORDERED that the above-captioned action is dismissed with prejudice, and that the parties will bear their own attorneys' fees and costs respectively.

    DATED: March 10th, 2010.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge